# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

AUGUSTINE DECRUZ,

    Defendant/Petitioner.

NO. 3:11-CR-199

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 29th day of January, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 125) filed by Augustine DeCruz is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT ISSUE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge